**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: NORDMOE, REBECCA L                §   Case No. 09-70386
                                         §
                                         §
                                         §
Debtor(s)                                §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

   BERNARD J. NATALE, chapter 7 trustee, submits this Final Account,
Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report
and, if applicable, any order of the Court modifying the Final Report. The case is fully
administered and all assets and funds which have come under the trustee's control in this case
have been properly accounted for as provided by law. The trustee hereby requests to be
discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims
discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $18,591.00 | Assets Exempt: $6,840.00 |
| Total Distribution to Claimants: $2,273.44 | Claims Discharged Without Payment: $12,599.31 |
| Total Expenses of Administration: $3,726.80 | |

   3) Total gross receipts of $    6,000.24    (see **Exhibit 1**), minus funds paid to the debtor
and third parties of $    0.00    (see **Exhibit 2**), yielded net receipts of $6,000.24
from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $19,641.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 3,726.80 | 3,726.80 | 3,726.80 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from**Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 40,960.79 | 14,872.75 | 14,872.75 | 2,273.44 |
| **TOTAL DISBURSEMENTS** | $60,601.79 | $18,599.55 | $18,599.55 | $6,000.24 |

    4)  This case was originally filed under Chapter 7 on February 10, 2009.
. The case was pending for 16 months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/08/2010          By: /s/BERNARD J. NATALE
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 − GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| PREFERENCE | 1241-000 | 6,000.00 |
| Interest Income | 1270-000 | 0.24 |
| **TOTAL GROSS RECEIPTS** | | **$6,000.24** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 − FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | N/A | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 − SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| U S Bank | 4110-000 | 19,641.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | **$19,641.00** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (9/1/2009)**

### EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERNARD J. NATALE, LTD. | 3120-000 | N/A | 8.03 | 8.03 | 8.03 |
| BERNARD J. NATALE, LTD. | 3110-000 | N/A | 2,118.75 | 2,118.75 | 2,118.75 |
| BERNARD J. NATALE | 2100-000 | N/A | 1,350.02 | 1,350.02 | 1,350.02 |
| CLERK OF THE BANKRUPTCY COURT | 2700-000 | N/A | 250.00 | 250.00 | 250.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 3,726.80 | 3,726.80 | 3,726.80 |

### EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | 0.00 | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-TDR (9/1/2009)**

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| FIA Card Services, NA/BAC | 7100-000 | N/A | 10,643.35 | 10,643.35 | 1,626.94 |
| Recovery Mgmt Systems Corp | 7100-000 | N/A | 4,229.40 | 4,229.40 | 646.50 |
| Bank of America | 7100-000 | 10,262.69 | N/A | N/A | 0.00 |
| Beneficial Illinois Inc | 7100-000 | 15,177.28 | N/A | N/A | 0.00 |
| Citifinancial Services Inc | 7100-000 | 13,443.75 | N/A | N/A | 0.00 |
| Crosby & Associates PC | 7100-000 | 2,077.07 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 40,960.79 | 14,872.75 | 14,872.75 | 2,273.44 |

**UST Form 101-7-TDR (9/1/2009)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-70386  
**Case Name:** NORDMOE, REBECCA L  

**Trustee:** (330370) BERNARD J. NATALE  
**Filed (f) or Converted (c):** 02/10/09 (f)  
**§341(a) Meeting Date:** 03/18/09  

**Period Ending:** 06/08/10  
**Claims Bar Date:** 09/25/09

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Associated Bank/ checking | 201.00 | 0.00 | DA | 0.00 | FA |
| 2 | Misc. household goods and furnishings | 800.00 | 0.00 | DA | 0.00 | FA |
| 3 | Clothing and personal items | 700.00 | 0.00 | DA | 0.00 | FA |
| 4 | Term Life Insurance Policy- no cash value | 0.00 | 0.00 | DA | 0.00 | FA |
| 5 | Interest in 401K Plan | 5,130.00 | 0.00 | DA | 0.00 | FA |
| 6 | Four shares in Wal Mart stock | 210.00 | 0.00 | DA | 0.00 | FA |
| 7 | 2008 Mazda M3 | 11,550.00 | 0.00 | DA | 0.00 | FA |
| 8 | PREFERENCE  (u) | 0.00 | 6,000.00 | | 6,000.00 | FA |
| 9 | Associated Bank - Duplication | 0.00 | 0.00 | | 0.00 | 0.00 |
| 10 | Misc. household goods - Duplication | 0.00 | 0.00 | | 0.00 | 0.00 |
| 11 | Clothing and personal items - Duplication | 0.00 | 0.00 | | 0.00 | 0.00 |
| 12 | Term Life Insurance Policy- Duplication | 0.00 | 0.00 | | 0.00 | 0.00 |
| 13 | Interest in 401K Plan - Duplication | 0.00 | 0.00 | | 0.00 | 0.00 |
| 14 | Four shares in Wal Mart stock - Duplication | 0.00 | 0.00 | | 0.00 | 0.00 |
| 15 | 2008 Mazda M3 - Duplication | 0.00 | 0.00 | | 0.00 | 0.00 |
| Int | INTEREST  (u) | Unknown | N/A | | 0.24 | FA |
| 16 | Assets   Totals (Excluding unknown values) | **$18,591.00** | **$6,000.00** | | **$6,000.24** | **$0.00** |

**Major Activities Affecting Case Closing:**

FRAUDULENT CONVEYANCE SETTLED AND AWAITING PAYMENT OF PROCEEDS.

**Initial Projected Date Of Final Report (TFR):**    December 31, 2010        **Current Projected Date Of Final Report (TFR):**    March 8, 2010  (Actual)

Printed: 06/08/2010 12:44 PM    V.12.08

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| **Case Number:** | 09-70386 | | **Trustee:** | BERNARD J. NATALE (330370) |
|---|---|---|---|---|
| **Case Name:** | NORDMOE, REBECCA L | | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| | | | **Account:** | ***-*****02-65 - Money Market Account |
| **Taxpayer ID #:** | **-***6997 | | **Blanket Bond:** | $552,000.00   (per case limit) |
| **Period Ending:** | 06/08/10 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 01/29/10 | {8} | Title Underwriters Agency/for Jay Nordmoe | Payment on Preference | 1241-000 | 6,000.00 | | 6,000.00 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.20 | | 6,000.20 |
| 03/05/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.04 | | 6,000.24 |
| 03/05/10 | | To Account #********0266 | Transfer for Final Account | 9999-000 | | 6,000.24 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 6,000.24 | 6,000.24 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 6,000.24 | |
| | | | **Subtotal** | | 6,000.24 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$6,000.24** | **$0.00** | |

{} Asset reference(s)                                                                                                         Printed: 06/08/2010 12:44 PM    V.12.08

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 09-70386  
**Case Name:** NORDMOE, REBECCA L  

**Taxpayer ID #:** **-***6997  
**Period Ending:** 06/08/10  

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****02-66 - Checking Account  
**Blanket Bond:** $552,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/05/10 | | From Account #********0265 | Transfer for Final Account | 9999-000 | 6,000.24 | | 6,000.24 |
| 04/06/10 | | Wire out to BNYM account 9200******0266 | Wire out to BNYM account 9200******0266 | 9999-000 | -6,000.24 | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

{} Asset reference(s)

Printed: 06/08/2010 12:44 PM    V.12.08

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 09-70386　　　　　　　　　　　　　　　　　**Trustee:** BERNARD J. NATALE (330370)
**Case Name:** NORDMOE, REBECCA L　　　　　　　　　　　**Bank Name:** The Bank of New York Mellon
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Account:** 9200-******02-66 - Checking Account
**Taxpayer ID #:** **-***6997　　　　　　　　　　　　　　　　**Blanket Bond:** $552,000.00 (per case limit)
**Period Ending:** 06/08/10　　　　　　　　　　　　　　　　　**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********0266 | Wire in from JPMorgan Chase Bank, N.A. account ********0266 | 9999-000 | 6,000.24 | | 6,000.24 |
| 04/15/10 | 10101 | BERNARD J. NATALE | Dividend paid 100.00% on $1,350.02, Trustee Compensation; Reference: | 2100-000 | | 1,350.02 | 4,650.22 |
| 04/15/10 | 10102 | CLERK OF THE BANKRUPTCY COURT | Dividend paid 100.00% on $250.00, Clerk of the Court Costs (includes adversary and other filing fees); Reference: | 2700-000 | | 250.00 | 4,400.22 |
| 04/15/10 | 10103 | FIA Card Services, NA/BAC | Distribution paid 15.28% on $10,643.35; Claim# 1; Filed: $10,643.35; Reference: 1823 | 7100-000 | | 1,626.94 | 2,773.28 |
| 04/15/10 | 10104 | Recovery Mgmt Systems Corp | Distribution paid 15.28% on $4,229.40; Claim# 2; Filed: $4,229.40; Reference: 6268 | 7100-000 | | 646.50 | 2,126.78 |
| 04/15/10 | 10105 | BERNARD J. NATALE, LTD. | Combined Check for Claims#ATTY,EXP | | | 2,126.78 | 0.00 |
| | | | Dividend paid 100.00%　　2,118.75 on $2,118.75; Claim# ATTY; Filed: $2,118.75 | 3110-000 | | | 0.00 |
| | | | Dividend paid 100.00%　　8.03 on $8.03; Claim# EXP; Filed: $8.03 | 3120-000 | | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 6,000.24 | 6,000.24 | $0.00 |
| | | | Less: Bank Transfers | | 6,000.24 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 6,000.24 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$6,000.24** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # ***-*****02-65** | 6,000.24 | 0.00 | 0.00 |
| **Checking # ***-*****02-66** | 0.00 | 0.00 | 0.00 |
| **Checking # 9200-******02-66** | 0.00 | 6,000.24 | 0.00 |
| | $6,000.24 | $6,000.24 | $0.00 |

{} Asset reference(s)　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Printed: 06/08/2010 12:44 PM　　V.12.08